IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14  PM 1: 46

THOMAS M GOULD
CLERK, U.S. _____ COURT
W/D OF _____

---

SHARON ANDERSON; IRENE ARNOLD, DECEASED by and through EDWARD ARNOLD, Surviving Spouse and Next Friend; WILLIAM AUSTIN; DONNA LOONEY; CARL McELHANEY; SHERYL PHILLIPS, DECEASED by and through ANDRELLA LEACHMAN, Surviving Daughter and Next Friend; and FREDA PRESLAR, Deceased by and through RICK PRESLAR, Surviving Son and Next Friend,

Plaintiffs,

v.

ST. JUDE MEDICAL, INC., ST. JUDE MEDICAL S.C., INC., ST. JUDE MEDICAL ATG, INC., ROBERT PATRICK LENAHAN, JR., LOUIS BONILLA, M.D., STACY SANFORD, and METHODIST HEALTHCARE MEMPHIS HOSPITALS,

Defendants.

No.: 05-CV-02560-Ml/V

---

### ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS ST. JUDE MEDICAL, INC., ST. JUDE MEDICAL S.C., INC., AND ST. JUDE MEDICAL ATG, INC. TO SEVER THE CLAIMS OF THE SEPARATE PLAINTIFFS

This matter is before the Court on motion of Defendants St. Jude Medical, Inc., St. Jude Medical S.C., Inc., and St. Jude Medical ATG, Inc.. Having considered the motion and incorporated memorandum and underlying record, and finding sufficient cause for severing the claims of the separate plaintiffs, the Court hereby **GRANTS** the motion of the St. Jude entities to transfer the case in that manner. The Clerk of Court is hereby instructed to take appropriate action.

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 9-14-05

1



SO ORDERED on this 14th day of September, 2005.

Diane K. Vescovo
~~THE HONORABLE JON PHIPPS McCALLA~~
United States ~~District~~ Judge
Magistrate

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02560 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Elizabeth E. Chance
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Paul Berry Cooper
296 Washington Ave.
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mary Alison Hale
U.S. DISTRICT COURT
167 N. Main St.
Ste. 1111
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT